ACCEPTED
03-15-00154-CR
8370808
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 10:08:26 AM
JEFFREY D. KYLE
CLERK

## 03-15-00154-CR

### IN THE THIRD COURT OF APPEALS
### FOR THE STATE OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 10:08:26 AM
JEFFREY D. KYLE
Clerk

FRANK BROWN
Appellant,

vs.

No. 14-200998

STATE OF TEXAS
Appellee.

### MOTION FOR EXTENSION OF DEADLINE FOR FILING APPELLANT'S BRIEF

Defendant Frank Brown, through attorney of record, Mr. Shannon Hooks, hereby moves this court to allow Defendant's counsel an additional 30 days to file Appellant's Brief in this case for the following reason:

Counsel needs more time to review the trial transcripts in thiscase to ensure that the best possible outcome is achieved for the Appellant. Appellant has described several complex legal issues which relate to the trial. Counsel wants to be able to fully research each issue. The District. Attorney's office has informed counsel that they have no objection to this Motion for an extended deadline.

Respectfully submitted,
/s/*Shannon Hooks*
Shannon C. Hooks #24045001
Attorney for Appellant
6910 Hart Lane #510
Austin, Texas 78731
Shannonhooks@sbcglobal.net

I hereby certify that a true and exact copy of the foregoing has been sent to the Travis County District Attorney's Office by U.S. Mail, at P.O. Box 1748, Austin, Texas 78767 on this 30th day of December, 2015.

/s/*Shannon Hooks*